# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOSEPH ALLEN, STEVEN AYRES,
ASHLEY HURLBURT, RORY KEVIN
GATES, JAMES HOWARD,
DEMARCUS MORROW, RODNEY
WALLER, KEITH ARCEMENT,
FREDERICK BELL, GENARO CRUZ
GOMEZ, SAM YBARRA, MICHAEL
CARTER AND JAMES PARK ON
BEHALF OF THEMSELVES AND ALL
OTHERS SIMILARLY SITUATED

VERSUS

JOHN BEL EDWARDS, IN HIS
OFFICIAL CAPACITY AS
GOVERNOR OF THE STATE OF
LOUISIANA, ZITA JACKSON
ANDRUS, CHRIS L. BOWMAN,
FLOZELL DANIELS, JR., THOMAS
D. DAVENPORT, JR., PATRICK
J. FANNING, W. ROSS FOOTE,
KATHERINE E. GILMER, MICHAEL
C. GINART, JR., FRANK
HOLTHAUS, DONALD W. NORTH,
AND MOSES JUNIOR WILLIAMS IN
THEIR OFFICIAL CAPACITIES AS
MEMBERS OF THE LOUISIANA
PUBLIC DEFENDER BOARD; AND
JAMES T. DIXON, JR., IN HIS
OFFICIAL CAPACITY AS THE
LOUISIANA STATE PUBLIC
DEFENDER

NO. 2019 CW 0953

JULY 19, 2019

---

In Re:    Governor John Bel Edwards and All Other Defendants,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 655079.

---

**BEFORE:    WELCH, HIGGINBOTHAM, AND CRAIN, JJ.**

**WRIT DENIED AS MOOT.** The underlying trial court proceedings have been stayed by an action issued by this court in 2019 CA 0125 on July 18, 2019.

JEW
TMH
WJC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT